U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 JAN -4  A 11: 20

STEPHEN C. DRIES
CLERK

# COMPLAINT
(for non – prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

**Frederica Renner**

v.

(Full name of defendant(s))

**Froedtert Hospital of Wisconsin**

**Dr. Peter Rossi**

**Dr. Shahriar Alizadegan**

Case Number:

**18-C-0019**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

**5761 N. 41st Street, Milwaukee, 53209.**
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant(s) **Froedtert Hospital of Wisconsin, Dr. Peter Rossi, and Dr. Shahriar Alizadegan**
(Name)

Is (if a person of private corporation) a citizen of _____

Complaint - 1

(State, if Known)
and (if a person) resides at _____

and (If the defendant harmed you while doing the defendant's job)

worked for <u>Froedtert Hospital of WI, 9200 W. WI Ave. Milwaukee, WI 53226</u>
(Employer's name and address, if Known)

(If you need to list more defendants, use another piece of paper)

B.) STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights
2. What each defendant did;
3. When they did it;
4. Where it happened, and
5. Why they did it, if you know

<u>Dr. Peter Rossi and Dr. Shahriar Alizadegan violated my rights as a patient.</u>

<u>Dr. Peter Rossi cut off my 3rd, 4h and 5th toe and half my right foot without my</u>

<u>consent and forged the consent to make it look like I agreed to the procedure when I</u>

<u>only agreed to my 4th toe being cut.</u>

<u>Dr. Shahrian Alizadegan Assisted in Dr. Rossi's conduct.</u>

<u>The Procedure was done April 21st 2015.</u>

<u>The procedure took place at Froedtert Hospital of WI Medical College.</u>

<u>I do not know why they did it. I was admitted for a 4th toe infection and soft tissue</u>

<u>swelling according to the x-ray and Dr. Rossi and Dr. Shahrian Alizadegan did what</u>

<u>they wanted even though the x-ray showed only my 4th toe was infected.</u>

Complaint - 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$ _____ .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may Include an award of money or an order telling defendants to do something or to stop doing something.

<u>I have to live with the fact that my life is not and will not ever be the same, and for this reason, I would like the court(s) to award me the max amount for the damages caused me by people I put my trust in who did nothing but disregarded my rights as a patient, person and a human being. The acts of both doctors was nothing but an act of cold callous negligence.</u>

Complaint - 4

E. **JURY DEMAND**

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20____.

Respectfully Submitted,

*Henny*
Signature of Plaintiff

414-334-3378
Plaintiff's Telephone Number

Fredericarenner@sbcglobal.Net
Plaintiff's Email Address

5761 N. 41st Street

Milwaukee, WI 53209
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5
Case 2:18-cv-00019-JPS   Filed 01/04/18   Page 5 of 5   Document 1