# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FREDERICA RENNER,

               Plaintiff,

v.

FROEDTERT HOSPITAL OF WISCONSIN, PETER ROSSI, and SHAHRIAR ALIZADEGAN,

               Defendants.

Case No. 18-CV-19-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED without prejudice** for lack of subject-matter jurisdiction.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

January 9, 2018
Date